## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**SURESH JENKINS**                                                                **PLAINTIFF**

*v.*                                         **CAUSE NO. 3:24-CV-12-CWR-ASH**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on January 28, 2025. Docket No. 11. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal. *Id.*; *see* 28 U.S.C. § 636.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the determination of the Social Security Administration is reversed, and this case is remanded for further proceedings. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 25th day of February, 2025.

                                                                           s/ Carlton W. Reeves
                                                                           UNITED STATES DISTRICT JUDGE